# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION
# No. 5:23-cv-00225-FL

| | |
|---|---|
| MALINDA SPAIN, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> SYNERGY SPA, INC. <br><br> Defendant. | **ORDER GRANTING JOINT MOTION TO STAY PROCEEDINGS** |

THIS MATTER is before the Court on the Parties' Joint Motion to Stay Proceedings (the "Motion"). It appears to the Court that good cause exists to GRANT the Parties' Motion. The Court will stay the action through and including **September 19, 2023**.

SO ORDERED, this 14th day of June, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge